UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 19 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 12CR3848-W |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| FERNANDO OVALLE (4), | |
| Defendant. | |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

21 USC 841(a)(1) - Distribution of Methamphetamine; 26 USC 5841, 5861(d) and 5871 - Possesion of Unregistered Firearm/Destructive Device; 18 USC 2 - Aiding and Abetting; 21 USC 853 - Criminal Forfeiture

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/19/12

William McCurine, Jr.
U.S. Magistrate Judge